UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE ALLEM; GERARD FASEL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN BROKERS CONDUIT c/o AMERICAN HOME MORTGAGE SERVICING INC.; BANK OF AMERICA, N.A.; and DOES 1-100,<br><br>　　　　　Defendants.<br>_____ | CASE NO.  CV 12-02948-MWF (SPx)<br><br>**JUDGMENT OF DISMISSAL** |

On July 24, 2012, the Court granted Defendant Homeward Residential, Inc. f/k/a American Home Mortgage Servicing Inc. erroneously sued as American Brokers Conduit c/o American Home Mortgage Servicing Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint without leave to amend and the action was dismissed. (Docket No. 38).

In accordance with the Order and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

　　1.　　That plaintiffs Rene Allem and Gerard Fasel take nothing by way of their First Amended Complaint; and

- 1 -

1        2.    That the action is dismissed with prejudice as to Defendant Homeward Residential, Inc. f/k/a American Home Mortgage Servicing Inc. erroneously sued as American Brokers Conduit c/o American Home Mortgage Servicing Inc.

      3.    Defendant Homeward Residential, Inc. f/k/a American Home Mortgage Servicing Inc. erroneously sued as American Brokers Conduit c/o American Home Mortgage Servicing Inc., as the prevailing party, may recover its attorneys' fees and costs, if so authorized by statute or contract, by appropriate motion to this Court.

Dated: July 31, 2012

_____
MICHAEL W. FITZGERALD
United States District Judge

- 2 -